UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

VINCENT PANICO,

                        Plaintiff,        Civil No.: CV-04-4250

    -against-                             Feuerstein, J.
                                        J. Orenstein, M.J.
ABC SUPPLY CO., INC., SCOTT
MICHAELS, DAVID HUSACK and
THOMAS KUCHAN,

                       Defendants.

----------------------------------------------------------x

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Vincent Panico, and Defendant, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

SLAVIN, ANGIULO & HOROWITZ, LLP        JACKSON LEWIS LLP
Attorneys for Plaintiff                                  Attorneys for Defendant

By: _____                By: _____
L. Susan Scelzo Slavin, Esq. (LSS1916)        Roger H. Briton, Esq. (RB4705)
350 Jericho Turnpike, Suite 101                58 South Service Road, Ste. 410
Jericho, New York 11753                        Melville, New York 11747
(516) 942-9300                                      (631) 247-0404

SO ORDERED on this 18th day of May, 2005.

_____
HON. FEUERSTEIN, U.S.D.J.

13